**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SIMONSEN, <br><br> Plaintiff, <br><br> v. <br><br> PHH MORTGAGE CORPORATION D/B/A MORTGAGE SERVICE CENTER; TRANS UNION LLC, <br><br> Defendants. | Case No. 2:17-cv-02461-JAD-VCF <br><br> **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

COMES NOW Karen Simonsen ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Answer or Otherwise Respond to Plaintiff's Complaint.

On September 21, 2017, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 13, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until November 13, 2017.

///

///

///

///

4816-2108-6289.1

1

This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: October 9, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC


DATED: October 9, 2017

**HAINES & KRIEGER, LLC**

/s/ *David H. Krieger*
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Counsel for Plaintiff

## **ORDER**

IT IS SO ORDERED.

Dated this __10th__ day of October, 2017

_____
UNITED STATES MAGISTRATE JUDGE