Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*PHH Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SIMONSEN,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION D/B/A MORTGAGE SERVICE CENTER; TRANS UNION, LLC,<br><br>Defendants. | CASE NO. 2:17-cv-02461-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PHH MORTGAGE CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant PHH Mortgage Corporation ("PHH") and plaintiff Karen Simonsen stipulate and agree that PHH has up to and including December 4, 2017 to respond to plaintiff's complaint, to provide time for PHH to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against PHH.

*[Continued on following page.]*

This request is made in good faith and not for purpose of delay.

Dated: November 21, 2017

BALLARD SPAHR LLP                           HAINES & KRIEGER.

By: /s/ Lindsay Demaree                     By: /s/ Rachel Saturn
Joel E. Tasca                               David H. Krieger
Nevada Bar No. 14124                        Nevada Bar No. 9086
Lindsay Demaree                             Rachel Saturn
Nevada Bar No. 11949                        Nevada Bar No. 8653
100 North City Parkway, Suite 1750          8985 S. Eastern Avenue, Suite 130
Las Vegas, Nevada 89106                     Henderson, Nevada 89123

*Attorneys for Defendant*                   *Attorneys for Plaintiff*
*PHH Mortgage Corporation*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  11-21-2017

# CERTIFICATE OF SERVICE

I certify that on November 21, 2017, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PHH MORTGAGE CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT (First Request)** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared.

/s/ Mary Kay Carlton
*An employee of Ballard Spahr LLP*

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070