David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*KAREN SIMONSEN*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SIMONSEN,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION D/B/A MORTGAGE SERVICE CENTER; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-02461-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO PHH MORTGAGE CORPORATION D/B/A MORTGAGE SERVICE CENTER <u>ONLY</u>**<br><br>ECF No. 18 |

Plaintiff KAREN SIMONSEN and Defendant PHH MORTGAGE COROPORATION D/B/A MORTGAGE SERVICE CENTER hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, **PHH MORTGAGE CORPORATION D/B/A MORTGAGE SERVICE CENTER ONLY**. Each party shall bear its own attorney's fees, and costs of suit.

Dated:	March 29, 2018

| By: | By: |
|---|---|
| */s/David H. Krieger, Esq.* <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorney for Plaintiff,* <br> KAREN SIMONSEN | */s/Lindsay Demaree, Esq.* <br> Lindsay Demaree, Esq. <br> Ballard Spahr LLP <br> 100 North City Parkway <br> Suite 1750 <br> Las Vegas, NV 89106-4617 <br> demareel@ballardspahr.com <br><br> *Attorney for Defendant,* <br> PHH MORTGAGE CORPORATION D/B/A MORTGAGE SERVICE CENTER |

## **ORDER**

Based on the stipulation between fewer than all parties [18], which I construe as a joint motion under LR 7-1(c), and good cause appearing, IT IS HEREBY ORDERED that all claims against defendant PHH Mortgage Corporation dba Mortgage Service Center are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
March 29, 2018