David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, KAREN SIMONSEN*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN SIMONSEN,<br><br>          Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION D/B/A MORTGAGE SERVICE CENTER; TRANS UNION, LLC,<br><br>          Defendants. | Case No. 2:17-cv-02461-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO TRANS UNION ONLY**<br><br>ECF No. 20 |

    Plaintiff KAREN SIMONSEN and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 25, 2018

| | |
|---|---|
| By: <br> /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | By: <br> /s/Jason Revzin, Esq. <br> Jason Revzin, Esq. <br> Lewis Brisbois Bisgaard & Smith LLP <br> 6385 S. Rainbow Blvd. <br> Suite 600 <br> Las Vegas, NV 89118 <br> *Attorney for Defendant,* <br> TRANS UNION, LLC |

## ORDER

Based on the parties' stipulation **[ECF No. 20]** and good cause appearing, and because the dismissal of the claims against Trans Union, LLC, leaves no claims remaining, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 26, 2018